UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,



-v-                                                                                        11-CR-85-A

DEWEY TAYLOR,

                Defendant

## ORDER

For the reasons set forth in the government's motion to strike the Forfeiture Allegation regarding a $750,000 Monetary Judgment from Indictment (ECF 1); the Amended Final Order of Forfeiture (ECF 396) and to vacate the $750,000 Monetary Judgment from the Amended Judgment in a Criminal Case (ECF 397); with consent of counsel and defendant, Dewey Taylor, and after full and careful consideration of the government's motion, and all prior pleadings and proceedings in this matter, it is hereby

**ORDERED,** that the government's motion is **GRANTED** and the $750,000 Monetary Judgment is stricken from the Forfeiture Allegation in the Indictment (ECF 1); the Amended Final Order of Forfeiture (ECF 396) and the $750,000 Monetary Judgment is hereby vacated from the Amended Judgment in a Criminal Case (ECF 397).

DATED: Buffalo, New York, December 21, 2021.

_____
HONORABLE RICHARD J. ARCARA
United States District Judge